
# ARKANSAS COURT OF APPEALS

DIVISION IV

**No.** CR–16–619

| | | |
|---|---|---|
| | | **Opinion Delivered:** January 25, 2017 |
| AARIS JEFFERSON | APPELLANT | APPEAL FROM THE GARLAND COUNTY CIRCUIT COURT [NO. CR-2014-294-IV] |
| V. | | |
| STATE OF ARKANSAS | APPELLEE | HONORABLE MARCIA R. HEARNSBERGER, JUDGE |
| | | AFFIRMED; MOTION TO WITHDRAW GRANTED |

## BART F. VIRDEN, Judge

Aaris Jefferson appeals from an order of the Garland County Circuit Court revoking his probation on a charge of possession of methamphetamine with intent to deliver and sentencing him to 120 months with 96 months suspended in the Arkansas Department of Correction. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), and Arkansas Supreme Court Rule 4-3(k) (2016), Jefferson's attorney has filed a no-merit brief and a motion to withdraw, addressing all of the adverse rulings made at the revocation hearing, explaining why each adverse ruling is not a meritorious ground for reversal, and requesting to be relieved as counsel. Jefferson was provided with a copy of his counsel's brief and motion and informed of his right to file pro se points. He has not done so.

The test for filing a no-merit brief is not whether there is any reversible error, but rather whether an appeal would be wholly frivolous. *Gaines v. State*, 2014 Ark. App. 651; *Tucker v. State*, 47 Ark. App. 96, 885 S.W.2d 904 (1994). We have reviewed the entire

record and counsel's brief and conclude that Jefferson's counsel has adequately explained why there is no meritorious issue on appeal.

Therefore, pursuant to sections (a) and (b) of *In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985), we issue this memorandum opinion granting counsel's motion to be relieved and affirming the circuit court's revocation.

Affirmed; motion to withdraw granted.

GRUBER, C.J., and HIXSON, J., agree.

*Dusti Standridge*, for appellant.

No response.